■ In the Matter of STANLEY L. SIEGEL, Admitted as STANLEY LEONARD SIEGEL, an Attorney.—Motion granted insofar as to remand the matter to petitioner for hearings, as indicated in the order of this court, and suspension of respondent continued pending conclusion of the proceedings and until the further order of this court. Concur—Sullivan, J. P., Ross, Carro, Milonas and Ellerin, JJ.